FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2022

No. 04-22-00297-CR

Javier Antonio **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5906
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Pursuant to a plea bargain, appellant was placed on community supervision in August 2017.  On April 29, 2022, the trial court signed an "Order Amending Conditions of Community Supervision."  On May 13, 2022, appellant filed a pro se notice of appeal in which he states he was given permission to appeal.

It appears this court lacks jurisdiction over appellant's appeal from the order modifying the conditions of his community supervision.  *See Davis v. State*, 195 S.W.3d 708, 710-11 (Tex. Crim. App. 2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Vargas v. State*, No. 04-21-00508-CR, 2021 WL 5910714, at *1 (Tex. App.—San Antonio Dec. 15, 2021, no pet.) (per curiam) (mem. op., not designated for publication).  Therefore, appellant is ORDERED to show cause in writing **no later than May 31, 2022** why this appeal should not be dismissed for lack of jurisdiction.  If appellant fails to respond by May 31, 2022, this appeal will be dismissed.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court